RUTH ZUCKERBROD et al., Respondents, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.

Submitted October 3, 1951; decided October 5, 1951.

*Denis M. Hurley, Corporation Counsel* (*Andrew Bellanca* of counsel), for motion.

*Benjamin M. Zelman* opposed.

Motion denied, with $10 costs.